RECEIVED
JAN 1 9 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARK SLADE HUGHES | * | CIVIL ACTION NO. 6:10-1570 |
| VERSUS | * | JUDGE DOHERTY |
| GUEYDAN POLICE DEPARTMENT, ET AL. | * | MAGISTRATE JUDGE HILL |

### PARTIAL JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct. Accordingly;

**IT IS ORDERED** that the defendants' Motion to Dismiss [rec. doc. 8] is **GRANTED** and accordingly, the Gueydan Police Department is **DISMISSED WITH PREJUDICE** from this lawsuit, reserving plaintiff's right to amend his pleadings to name the Town of Gueydan as the proper party defendant.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this _19_ day of _January_, 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE