RECEIVED
JAN 1 9 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARK SLADE HUGHES | * | CIVIL ACTION NO. 6:10-1570 |
| VERSUS | * | JUDGE DOHERTY |
| GUEYDAN POLICE DEPARTMENT, ET AL. | * | MAGISTRATE JUDGE HILL |

### PARTIAL JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct. Accordingly;

**IT IS ORDERED** that the Motion to Strike [rec. doc. 9] is **GRANTED in part and DENIED in part**, and accordingly, plaintiff's claims for punitive damages asserted under Louisiana state law, and plaintiff's claims for punitive damages under federal law against Former Chief Hebert, Chief Broussard, Officer Ewing and Officer Mallet, in their official capacities, are **Stricken**, and plaintiff's claims for punitive damages under federal law against Former Chief Hebert, Chief Broussard, Officer Ewing and Officer Mallet, in their individual capacities, shall remain pending.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this ___19___ day of ___January___, 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE