RECEIVED
IN LAFAYETTE, LA.
APR - 4 2011
TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARK SLADE HUGHES | * | CIVIL ACTION NO. 6:10-1570 |
| VERSUS | * | JUDGE DOHERTY |
| GUEYDAN POLICE DEPARTMENT, ET AL. | * | MAGISTRATE JUDGE HILL |

## PARTIAL JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct. Accordingly;

**IT IS ORDERED** that the Motion to Strike [rec. doc. 26] is **GRANTED** and accordingly, plaintiff's claim for punitive damages against the Town of Gueydan, asserted under both Federal and Louisiana state law, is **Stricken**.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this 4 day of April, 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 4/4/11
BY
TO